DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VILLAGES OF PALM BEACH LAKES PROPERTY OWNERS'
ASSOCIATION, INC.,**
Appellant,

v.

**THE STERLING VILLAGES OF PALM BEACH LAKES
CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D20-2029

[July 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502011CA010066XXXXMB.

Alterraon Phillips of APLaw, Royal Palm Beach, for appellant.

Steven H. Meyer of Steven H. Meyer, P.A., Winter Park, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***